AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware limited liability company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE OTHER SHOE PRODUCTIONS, INC., a California Corporation; NEIL YOUNG, an Individual; JACOB MICAH NELSON, an Individual; COREY MCCORMICK, an Individual; (See attachment #1)<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-8647 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* The Other Shoe Productions, Inc.
11620 Wilshire Boulevard, 580
Los Angeles, CA 90025

(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Perry J. Viscounty
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-8647

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| 1 | Perry J. Viscounty (SBN 132143) |
| | perry.viscounty@lw.com |
| 2 | Carl Joseph Bacon (SBN 319086) |
| | cj.bacon@lw.com |
| 3 | Ryan R. Owen (SBN 344853) |
| | ryan.owen@lw.com |
| 4 | LATHAM & WATKINS LLP |
| | 650 Town Center Drive, 20th Floor |
| 5 | Costa Mesa, CA 92626-1925 |
| | Telephone: (714) 540-1235 |
| 6 | Facsimile: (714) 755-8290 |
| 7 | *Attorneys for Plaintiff* |
| | *Chrome Hearts LLC* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company, | ) ) ) | CASE NO.: 2:25-cv-8647 |
| Plaintiff, | ) ) | **COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** |
| vs. | ) ) | 1. **TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)** |
| THE OTHER SHOE PRODUCTIONS, INC., a California Corporation; NEIL YOUNG, an Individual; JACOB MICAH NELSON, an Individual; COREY MCCORMICK, an Individual; ANTHONY LOGERFO, an Individual; DEWEY "SPOONER" LINDON OLDHAM JR., an Individual; and DOES 1-10, inclusive, | ) ) ) ) ) ) ) ) ) ) | 2. **FALSE DESIGNATION OF ORIGIN AND FALSE DESCRIPTIONS (15 U.S.C. § 1125(a))** <br> 3. **UNFAIR COMPETITION IN VIOLATION OF CAL. BUS. & PROF. CODE, § 17200, et seq.** <br> 4. **COMMON LAW TRADEMARK INFRINGEMENT** |
| Defendants. | ) ) ) | 5. **COMMON LAW UNFAIR COMPETITION** |
| | ) | **JURY TRIAL DEMANDED** |

Plaintiff Chrome Hearts LLC ("Chrome Hearts" or "Plaintiff") for its claims against defendants The Other Shoe Productions, Inc., Neil Young, Jacob Micah Nelson, Corey McCormick, Anthony Logerfo, and Dewey "Spooner" Lindon Oldham Jr., and DOES 1-10 (collectively, "Defendants") alleges as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHROME HEARTS LLC v.
THE OTHER SHOE PRODUCTIONS, INC., ET AL.
Case No. 2:25-cv-8647

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

The Other Shoe Productions, Inc.
11620 Wilshire Boulevard, 580
Los Angeles, CA 90025

Neil Young
4048 Albright Ave.
Los Angeles, CA 90066-5402

Jacob Micah Nelson
3839 Beethoven St.
Los Angeles, CA 90066-4119

Corey McCormick
1264 N. Altadena Dr.
Pasadena, CA 91107-1435

Anthony LoGerfo
2987 Harbor Blvd.
Ventura, CA 93001-4201

Dewey "Spooner" Lindon Oldham Jr.
21 Pine Cir.
Rogersville, AL 35652-7234